ACCEPTED
10-20-00095-CV
TENTH COURT OF APPEALS
WACO, TEXAS
1/14/2021 5:51 PM
NITA WHITENER
CLERK

## NO. 10-20-00095-CV

## IN THE COURT OF APPEALS
## FOR THE TENTH COURT OF TEXAS AT WACO

FILED IN
10th COURT OF APPEALS
WACO, TEXAS
1/15/2021 9:25:00 AM
NITA WHITENER
Clerk

### DANA FOUST,

Appellant,

v.

### BAYLOR SCOTT & WHITE HEALTH AND
### BAYLOR MEDICAL CENTER WAXAHACHIE,

Appellees.

ON APPEAL FROM THE 443RD JUDICIAL DISTRICT COURT ELLIS COUNTY, TEXAS, CAUSE NO. 98134 THE HONORABLE CINDY ERMATINGER, PRESIDING JUDGE

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS**

NOW COMES APPELLANT DANA FOUST, and pursuant to Tex. R. App. P. 10.5(b), file this unopposed Motion for Extension of Time to File Appellant's Brief.

Appellant received the reporters record on November 18, 2020. The deadline for the filing of Appellant's brief had not been set by this Court when Appellant requested her first Unopposed Motion for Extension of Time to File Appellant's Brief. This Court granted that motion and set the due date for January 15, 2021.

MOTION FOR EXTENSION                                                                 1

Appellant requests an additional eighteen (18) days to file Appellant's Brief. Appellant's Brief will be due on February 3, 2021. This is Appellant's second request.

Appellant would respectfully show that the facts relief upon to reasonably explain the need for an extension are as follows:

1.  Rames Law Firm, P.C. was closed for the Christmas holiday from December 25 – January 1.

2.  Appellant's counsel represents Medlink Health Solutions, LLC in *Wildcat PPE, LLC v. Medlink Health Solutions, LLC,* Cause No. 202065961, in the 11th District Court of Harris County. Appellant had a motion for summary judgment heard on January 4, 2021.

3.  Appellant's counsel represents Defendant in *Harry G. Bayne v. Christine Shaffer,* Cause No. DC-19-05694, in the 191st Judicial District Court of Dallas County. A hearing was held on January 8, 2021, in which the Court heard a Traditional and No-Evidence Motion for Summary Judgment, a Motion in Limine, and Evidentiary Objections. This case is currently set for a two-day bench trial on January 19, 2021.

4.  Appellant's counsel represents Petitioner in *Victoria David, Independent Executrix of the Estate of Jean Cash David and as Trustee of the Bill and Jean David Family Trust v. Allan Howeth, Individually and Cantey Hanger, L.L.P.,* Cause No. 20-0955. Petitioner's Petition for Review is due January 19, 2021.

5.  Appellant's counsel represents Appellants in *Moshe Feldhendler and Leah Feldhendler v. Julie Blasnik and All Occupants of 6608 Crestland Ave. Dallas, Texas, 75252,* Cause No. 05-20-00063-CV. Appellant's Petition for Review is due on January 25, 2021.

6.  In between the deadlines, Appellant's counsel has had several discovery deadlines and depositions to participate in.

CERTIFICATE OF CONFERENCE: On January 13, 2021 counsel for Appellant Dana Foust conferred with counsel for Appellees concerning this motion via telephone. Appellant's motion is unopposed.

PRAYER: Appellant Dana Foust respectfully prays that this Court grant an extension of time of eighteen (18) days for filing of Appellant's Brief until Wednesday, February 3, 2021.

Respectfully Submitted,

RAMES LAW FIRM, P.C.
3710 Rawlins Street #975
Dallas, Texas 75219
Telephone: (214) 884-8860
Facsimile: (888) 482-8894

 /s/ Lindsey M. Rames
LINDSEY M. RAMES
Texas State Bar No. 24072295
lindsey@rameslawfirm.com
Nicole Cawood-Anderson
Texas State Bar No. 24114005
nicole@rameslawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion for Extension of Time  has been served on all parties of record via Electronic Filing on this 14th day of January, 2021.

/s/ Lindsey M. Rames
LINDSEY M. RAMES

ATTORNEYS FOR DEFENDANT:

SIMON D. WHITING
Texas State Bar No.: 21373600
CHRISTINA NASON
Texas State Bar No. 00798012

BURFORD & RYBURN, L.L.P.
500 North Akard Street, Suite 3100
Dallas, Texas 75201-6697
Telephone: 214-740-3119
Fax: 214-740-2832
Email: swhiling@brlaw.com